# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

DORIS ELLISON, individually and as personal representative of the estate of PERRY MOZELL ELLISON.  )
)
)
)
Plaintiff,  )
)  CIVIL ACTION NO.
v.  )  2:09-CV-00565-WKW-CSC
)
BAYER CROPSCIENCE, INC., et al.  )
)
Defendants.  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Defendant **Kobe Steel, Ltd.** (incorrectly identified in the First Amended Complaint as Kobe Steel USA Inc. and Kobelco Construction Machinery America, LLP)[1] and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

The following entities, which are subsidiary/affiliate companies to Kobe Steel, Ltd., are hereby reported:

CERATECHNO CO., LTD - Akashi, Hyogo

KANSAI COKE AND CHEMICALS CO., LTD. - Amagasaki, Hyogo

KOBE SPECIAL TUBE CO., LTD. - Shimonoseki, Yamaguchi

---

[1] Please see Plaintiff's Unopposed Motion to Substitute Kobe Steel, Ltd. As Defendant Instead and In Place of Kobe Steel USA Inc. and Kobelco Construction Machinery America, LLP, filed July 20, 2009 (Doc. 43).

KOBELCO EAGLE MARINE ENGINEERING CO., LTD. - Tokyo

KOBELCO LOGISTICS, LTD. - Kobe, Hyogo

KS SUMMIT STEEL, LTD. - Tokyo

NIPPON KOSHUHA STEEL CO., LTD. - Tokyo

OSAKA Titanium Technologies Co.,Ltd. - Amagasaki, Hyogo

SAKAI STEEL SHEETS WORKS, LTD. - Sakai, Osaka

SANWA TEKKO CO., LTD. - Ama-gun, Aichi

SHINKO BOLT, LTD. - Ichikawa, Chiba

SHINKO ENGINEERING & MAINTENANCE CO., LTD. - Kobe, Hyogo

SHINKO KENZAI, LTD. - Amagasaki, Hyogo

SHINKO KOBE POWER INC. - Kobe, Hyogo

SHINKO KOHAN KAKO, LTD. - Ichikawa, Chiba

SHINKO SLAG PRODUCTS CO., LTD. - Kobe, Hyogo

SHINKO SOHGO SERVICE LTD. - Kobe, Hyogo

SHINKO WIRE COMPANY, LTD. - Amagasaki, Hyogo

TESAC WIREROPE CO., LTD. - Kaizuka, Osaka

HANSHIN YOSETSU KIZAI CO., LTD. - Okayama, Okayama

JKW CO., LTD. - Tokyo

KOBE WELDING WIRE CO., LTD. - Fukuchiyama, Kyoto

KOBELCO ROBOTICS SERVICE CO., LTD. - Fujisawa, Kanagawa

NI WELDING CORPORATION - Amagasaki, Hyogo

NI-KOBE WELDING CO., LTD. - Nagasaki, Nagasaki

SHINKO ACTEC CO., LTD. - Osaka

SHINKO TASETO CO., LTD - Fujisawa, Kanagawa

SHINKO WELDING SERVICE CO., LTD. - Fujisawa, Kanagawa

SHINSHO KOBE WELDING CO., LTD. - Osaka

TASETO CO., LTD.- Fujisawa, Kanagawa

KOBELCO & MATERIALS COPPER TUBE, LTD. - Tokyo

NIKO-ALUMINIUM INDUSTRIES, LTD. - Moka, Tochigi

SHINKO ALUMINIUM WIRE CO., LTD. - Sakai, Osaka

SHINKO DAIAN SOHGO SERVICE LTD. - Inabe, Mie

SHINKO FAB TECH, LTD. - Shimonoseki, Yamaguchi

SHINKO LEADMIKK, LTD. - Kita-Kyushu, Fukuoka

SHINKO METAL PRODUCTS CO., LTD. - Kita-Kyushu, Fukuoka

SHINKO MOKA SOHGO SERVICE LTD. - Moka, Tochigi

SHINKO-NORTH CO., LTD. - Kasumigaura, Ibaraki

SUN ALUMINIUM INDUSTRIES, LTD. - Chiba, Chiba

TOYOTSU NONFERROUS CENTER CORPORATION - Anjo, Aichi

INDUSTRIAL SERVICES INTERNATIONAL CO., LTD. - Kobe, Hyogo

KOBE HEATING AND COOLING SUPPLY CO., LTD. - Kobe, Hyogo

KOBELCO ECO-SOLUTIONS CO., LTD.- Kobe, Hyogo

SHINKO AIR WATER CRYOPLANT, LTD. - Kobe, Hyogo

SHINKO AIRTECH, LTD. -Kobe, Hyogo

SHINKO INSPECTION & SERVICE CO., LTD. - Takasago, Hyogo

TRANSNUCLEAR, Ltd. - Tokyo

KOBELCO COMPRESSORS CORPORATION - Tokyo

KOBELCO CONSTRUCTION MACHINERY CO., LTD. - Tokyo

KOBELCO CRANES CO., LTD. - Tokyo

KOBELCO SANKI SERVICE CO., LTD. - Takasago, Hyogo

SHINKO ENGINEERING CO., LTD. - Ogaki, Gifu

SHINKO TECHNO ENGINEERING CO., LTD. - Takasago, Hyogo

SHINKO REAL ESTATE CO., LTD. - Kobe, Hyogo

I. H. D. CENTER CO., LTD. - Kobe, Hyogo

JAPAN MEDICAL MATERIALS CORPORATION - Osaka

JAPAN SUPERCONDUCTOR TECHNOLOGY INC. - Kobe, Hyogo

KOBE WING STADIUM CO., LTD. - Kobe, Hyogo

KOBELCO ACCOUNTING SERVICE CO., LTD. - Hyogo, Kobe

KOBELCO BUSINESS SUPPORT CO., LTD. - Kobe, Hyogo

KOBELCO FINANCIAL CENTER, LTD. - Tokyo

KOBELCO PERSONNEL CO., LTD. - Kobe, Hyogo

KOBELCO RESEARCH INSTITUTE INC. - Kobe, Hyogo

KOBELCO SYSTEMS CORPORATION - Kobe, Hyogo

SHINKO CARE LIFE CO., LTD. - Kobe, Hyogo

SHINKO HUMAN CREATE CO., LTD. - Kobe, Hyogo

SHINKO JFE INDUSTRIAL CO., LTD. - Kurayoshi, Tottori

SHINKO LEASE CO., LTD. - Kobe, Hyogo

SHINKO RESEARCH CO., LTD. - Tokyo

SHINSHO CORPORATION - Osaka

TWIN FOODS CO., LTD .- Amagasaki, Hyogo

GRAND BLANC PROCESSING, L.L.C., Holly, Minnesota

KOBELCO METAL POWDER OF AMERICA, INC., Seymour, Indiana

PRO-TEC COATING COMPANY, Leipsic, Ohio

KOBELCO WELDING OF AMERICA INC., Stafford, Texas

KOBE ALUMINUM AUTOMOTIVE PRODUCTS, LLC, Bowling Green, Kentucky

KOBE WIELAND COPPER PRODUCTS, LLC, Pine Hall, North Carolina

MIDREX TECHNOLOGIES, INC., Charlotte, North Carolina

KOBELCO ADVANCED COATING (AMERICA), INC., Buffalo Grove, Illinois

KOBELCO COMPRESSORS (AMERICA), INC., Elkhart, Indiana

KOBELCO EDTI COMPRESSORS, INC., Corona, California

KOBELCO STEWART BOLLING, INC., Hudson, Ohio

KOBE PRECISION, INC., Hayward, California

KOBE STEEL USA HOLDINGS INC., Dover, Delaware

KOBE STEEL USA INC., NewYork, New York

COMPLEJO SIDERURGICO DE GUAYANA, C.A., Matanzas Sector Punta Cuchillo, Puerto Ordaz, Estado Bolivar, Venezuela

KOBELCO & MATERIALS COPPER TUBE (MALAYSIA) SDN. BHD., Selangor Darul Ehsan, Malaysia

KOBELCO & MATERIALS COPPER TUBE (THAILAND) CO., LTD., 169 M00 2, Tambol Nongbua, Amphur Bankhai, Rayong 21120, Kingdom of Thailand

SINGAPORE KOBE PTE. LTD., No. 3 Sixth Lok Yang Rd., Jurong Industrial Estate, Singapore 628101, Republic of Singapore

SUZHOU KOBE COPPER TECHNOLOGY CO., LTD, Qiangsheng Road, 4th District, Suzhou Industrial Park, Suzhou, Jiangsu 215126, People's Republic of China

KOBELCO COMPRESSORS MANUFACTURING (SHANGHAI) CORPORATION, No. 933 Tian Zhu Road, Jiading Industrial District, Shanghai 201821, People's Republic of China

KOBELCO MACHINERY ASIA PTE. LTD., 60 Pandan Rd., Jurong, Singapore 609294, Republic of Singapore

YIYANG YISHEN RUBBER MACHINERY CO., LTD., 180 Hui Long Rd., Yiyang, Hunan 413000, People's Republic of China

KOBELCO WELDING OF EUROPE B.V., Eisterweg 8, 6422 PN Heerlen, The Netherlands

SHINWA WOOD WORKS, LTD. - Akashi,Hyogo

JIANGYIN SUGITA FASTEN SPRING WIRE CO., LTD.,  Shizhuang Park of Jiangyin Economic Development Zone 685,  Huangshi Road,  Jiangyin, Jiangsu 214446,  People's Republic of China

KOBE CH WIRE (THAILAND) CO., LTD.,  67/16 Moo 5,  Chuam Samphan Road,  Kokfad Nongjok,  Bangkok 10530,  Kingdom of Thailand

KOBE STEEL ASIA PTE. LTD.,  72 Anson Road,  #11-01A Anson House

Singapore 079911, Republic of Singapore

KOBE WIRE PRODUCTS (FOSHAN) CO., LTD., Fenghuang Avenue 1, Core Area, Nanhai National Demonstration Eco-Park, Danzao, Nanhai Foshan, Guangdong 528216, People's Republic of China

Mahajak Kyodo Co., Ltd., 67/16 Moo 5, Chuam Samphan Road, Kokfad, Nongjak, Bangkok 10530, Kingdom of Thailand

KOBE MIG WIRE (THAILAND) CO., LTD., 491, Soi 1, Bangpoo Industrial Estate, Sukhumvit Rd., Praeksa, Samutprakarn 10280, Kingdom of Thailand

KOBE WELDING (SINGAPORE) PTE. LTD., 20 Pandan Ave., Jurong, Singapore 609387, Republic of Singapore

KOBE WELDING OF KOREA CO., LTD., 21-14 Palyong-Dong, Changwon, Kyungnam, Republic of Korea

KOBE WELDING OF TANGSHAN CO., LTD., 196 Huoju Road, Tangshan New & Hi-Tech Development Zone, Tangshan, Hebei 063020, People's Republic of China

THAI-KOBE WELDING CO., LTD., 500, Soi 1, Bangpoo Industrial Estate, Sukhumvit Rd., Praeksa, Samutprakarn 10280, Kingdom of Thailand

KOBE & SHINSHO TUBE SPECIALITIES SDN. BHD., Lot C/23117, Jalan 3/32A Off Batu, 6-1/2 Jalan Kepong, 52100 Kuala Lumpur, Malaysia

KOBE ELECTRONICS MATERIAL (THAILAND) CO., LTD., 150 Moo 1, Hi-tech Industrial Estate, T. Banlen, Amphur Bang-Pa-In, Ayutthaya 13160, Kingdom of Thailand

KOBE PRECISION TECHNOLOGY SDN. BHD., Plot 39, Phase IV, Bayan Lepas Industrial Estate, 11900 Penang, Malaysia

Date: July 24, 2009

        /s/ Haley A. Cox
One of the Attorneys for Defendant
Kobe Steel, Ltd. (incorrectly identified in the
First Amended Complaint as Kobe Steel
USA Inc. and Kobelco Construction
Machinery America, LLP)

OF COUNSEL:

W. Larkin Radney IV (RADNL5271)
lradney@lightfootlaw.com
Haley A. Cox (ANDRH6198)
hcox@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE,
L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
(205) 581-0700
(205) 581-0799 (fax)

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 24th day of July, 2009, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Alabama using the CM/ECF system, which will provide notification to all counsel of record. I further certify that, on the same date, I served a copy of the foregoing to the following by United States Mail:

Bayer Cropscience, Inc.
100 Bayer Road
Pittsburg, PA 15205

Cooper Industries, LLC
600 Travis
Suite 5800
Houston, TX 77002

FMC Corporation
c/o CT Corporation
300 North Sixth Street
Boise, ID 83701

Idex Corporation
406 State Street
P.O. Box 8
Cedar Falls, IA 50613

St. Lawrence Liquidating Company
c/o OneBank & Trust Co.
Mr. James Young
80 State Street
Albany, NY 12207

The C.P. Hall Company
120 S. Riverside Plaza, No. 1620
Chicago, IL 60606

Whittaker, Clark & Daniels, Inc.
CT Corporation System
111 Eighth Avenue
New York, NY 10011

                                                    /s/ Haley A. Cox
                                                    Of Counsel